IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

v.                                                         CIVIL ACTION NO. 2:23-cv-149-TBM-RPM

**$19,900.00 UNITED STATES
CURRENCY, et al.**                                                                **DEFENDANT PROPERTY**

### ORDER GRANTING
### THE UNITED STATES' MOTION TO STRIKE

This matter came before the Court on the United States of America's Motion [9] to Strike the Answer [6] of Dekendrick Andrews. Andrews has not responded to the United States' Motion. Andrews also has not filed a claim pursuant to Supplemental Rule G(5)(a) of the Federal Rules of Civil Procedure. Instead, Andrews filed an Answer to the United States' Complaint.

But it is the filing of a claim under Supplemental Rule G(5)(a) that gives a potential claimant the right to answer the complaint and statutory standing to challenge the forfeiture action. *See* Rule G(5)(a)(1), (b); *United States v. $25,000, U.S. Currency*, No. 1:11-cv-348-HSO-RHW, 2012 WL 6599918, at *2 (S.D. Miss. Dec. 18, 2012). Because Andrews did not file a claim, he may not file an answer to the United States' Complaint.

IT IS THEREFORE ORDERED AND ADJUDGED that the United States' Motion [9] to Strike is GRANTED and that Andrews' Answer [6] is stricken from the record in this case.

This the 16th day of April, 2024.

                                                                          TAYLOR B. McNEEL
                                                  UNITED STATES DISTRICT JUDGE